UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Dewayne Stratford**  Docket No. 5:26-CR-10-1D

### Petition for Action on Supervised Release

COMES NOW Hector Gutierrez, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dewayne Stratford, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute Heroin, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(B), was sentenced by the Honorable Laura Taylor Swain, U.S. District Judge in the Southern District of New York, on May 7, 2015, to the custody of the Bureau of Prisons for a term of 144 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 120 months. Dewayne Stratford was released from custody on December 8, 2023, at which time the term of supervised release commenced in the Eastern District of North Carolina. On February 2, 2026, transfer of jurisdiction was received from the Southern District of New York and assigned to Your Honor.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant agrees that participation in a mental health treatment program could be beneficial to him. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Keith W. Lawrence
Keith W. Lawrence
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Hector Gutierrez
Hector Gutierrez
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2534
Executed On: February 2, 2026

### ORDER OF THE COURT

Considered and ordered this __3__ day of __February__, 2026, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge